

# Fourth Court of Appeals
## San Antonio, Texas

June 4, 2021

No. 04-21-00049-CV

**IN THE INTEREST OF S.R.F. AND S.W.F., CHILDREN**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA00061
Honorable Mary Lou Alvarez, Judge Presiding

## O R D E R

This is an accelerated appeal of the trial court's order terminating appellant S.F.'s parental rights. This appeal is required to be brought to final disposition within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant's brief was originally due to be filed on April 5, 2021.

On May 18, 2021, this court ordered appellant's brief to be filed on or before May 21, 2021. On May 21, 2021, appellant filed her brief accompanied with a motion for leave to file a supplemental brief on one, limited issue (the constitutionality of Zoom jury trials in parental termination cases). Appellant represented that the reporter's record was deficient and requested leave to promptly file a supplemental brief only on this issue after receiving a supplemental reporter's record.

On May 28, 2021, at appellant's request, the reporter filed a supplemental reporter's record containing the information appellant asserted was necessary for a supplemental brief. On June 2, 2021, appellant filed her supplemental brief.

We GRANT appellant's motion for leave. Appellee's brief is due **no later than June 10, 2021**. *See* TEX. R. APP. P. 38.6(b). We will consider the delay in the filing of appellant's supplemental brief in disposing of any requests for extensions of time to file appellee's brief.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of June, 2021.



Michael A. Cruz,
Clerk of Court